PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Amy Jo Crouch  Case Number: 3:09-00235-02

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: March 18, 2011

Original Offense: 18 U.S.C. § 371, Conspiracy to Commit Theft of Mail

Original Sentence: 3 years' probation

Type of Supervision: Probation   Date Supervision Commenced: March 18, 2011

Assistant U.S. Attorney: To be assigned   Defense Attorney: Patrick G. Frogge

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 16 day of Dec, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    December 13, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **The defendant shall pay restitution to the victims identified in the Criminal Monetary Penalties section of the Judgement in an amount totaling $14,091.64, jointly and severally, at a minimum monthly rate of 10% of gross income:**

Ms. Crouch has made her monthly payments as ordered by the Court.

## Compliance with Supervision Conditions and Prior Interventions:

Amy Jo Crouch has paid $655.00 in restitution. The Clerk's Office does not show any amount paid for her co-defendants, Matthew Crouch, her brother, who was released on September 3, 2013, and Jeremiah Bradshaw, who is currently incarcerated in the Tennessee Department of Correction. Ms. Crouch has taken care of her infant child and grandmother, while also attending GED classes at Tennessee Technology Center of Nashville. She has taken the GED test three times this year but has not passed. Ms. Crouch's term of supervised release is set to expire on March 17, 2014.

## U.S. Probation Officer Recommendation:

Ms. Crouch has paid toward her restitution as instructed by the Court. It is recommended she be allowed to terminate from supervision still owing restitution. If she does not continue to make appropriate payments after her supervision expires, the U.S. Attorney's Office may garnish her income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer